**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**EVA DENISE MONTOYA, et al.,**

      **Plaintiffs,**

**v.**                                **Case No. 1:11-cv-814 RB/SMV**

**VILLAGE OF CUBA, et al.,**

      **Defendants.**

## ORDER SETTING SETTLEMENT CONFERENCE

To facilitate a final disposition of this case, a mandatory settlement conference will be conducted in accordance with Rule 16(a)(5) of the Federal Rules of Civil Procedure. The conference will be held on April 9, 2012 at 9:00 a.m. in the Pete V. Domenici United States Courthouse, ADR Suites 3 and 4, third floor, 333 Lomas Blvd., NW, Albuquerque, New Mexico.

The parties or a designated representative, other than counsel of record, with full authority to resolve the case, must attend in person. Counsel who will try the case must also attend in person.

At least fourteen calendar days prior to the date of the settlement conference, plaintiff shall serve on defendants a letter that sets forth at least the following information: (a) a brief summary of the evidence and legal principles that plaintiff asserts will allow it to establish liability; (b) a brief explanation of why damages or other relief would appropriately be granted at trial; (c) an itemization of the principles supporting those damages; and (d) a settlement demand. At least ten calendar days before the settlement conference, defendants shall serve on plaintiff a letter that sets forth at least the following information: (a) any points in plaintiff's letter with which the defense agrees; (b) any

points in plaintiff's letter with which the defense disagrees, with references to supporting evidence and legal principles; and (c) a counteroffer.  Each of these letters typically should be five pages or fewer, and counsel will ensure that each party reads the opposing party's letter before the settlement conference.  Plaintiff shall provide copies of these letters to the Court no later than seven calendar days before the conference.

At least seven calendar days before the conference, each party must provide the Court, in confidence, a concise letter (typically no more than ten pages) that shall contain an analysis of the strengths and weaknesses of its case. These letters may be submitted to the Court by fax at **575-528-1485**.

Furthermore, if any party has in its possession any video or audio recordings of the incident upon which this action is based, that party must submit a copy of the recording to the Court at least ten calendar days before the conference.

The settlement conference may not be vacated or rescheduled except upon motion by the party or parties seeking to reschedule for good cause shown.  Any motion to vacate or reschedule the settlement conference shall provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the settlement conference.

IT IS SO ORDERED.

_____
Stephan M. Vidmar
United States Magistrate Judge