**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**EVA DENISE MONTOYA,**
**BRENDA MOFFETT,**

      **Plaintiffs,**

v.                                                        **Case No. 1:11-cv-814 RB/SMV**

**VILLAGE OF CUBA,**
**MARCUS ROMERO, in his individual capacity,**
**JASON GRIEGO, in his individual capacity,**
**TOMMY SALAZAR, in his individual capacity,**

      **Defendants.**

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**Date and time**:      Thursday, March 29, 2012 at 3:30 p.m.

**Matter to be heard**:    Reschedule the settlement conference

THIS MATTER comes before the Court on Defendants' Motion Requesting Status Conference [Doc. 43] ("Motion").  Defendants request a status conference to reschedule the settlement conference, which is currently set for April 9, 2012.  Having considered the Motion and otherwise being informed in the premises,

IT IS ORDERED that a status conference is hereby set for Thursday, March 29, 2012 at 3:30 p.m.  Counsel shall call Judge Vidmar's "Meet Me" line at (505) 348-2357 to connect to the proceedings. Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference.  Parties are reminded to have their calendars available for the hearing.

SO ORDERED.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge