IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EVA DENISE MONTOYA and
BRENDA MOFFETT,

    Plaintiffs,

vs.                                                                                           No.  11-cv-0814 RB/SMV

VILLAGE OF CUBA,
MARCUS ROMERO, in his individual capacity,
JASON GRIEGO, in his individual capacity, and
TOMMY SALAZAR in his individual capacity,

Defendants.

### ORDER GRANTING PLAINTIFFS' STIPULATED MOTION TO ENLARGE DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO [sic] SUMMARY JUDGMENT [DOC. 47]

    THIS MATTER is before the Court on Plaintiffs' Stipulated Motion to Enlarge Deadline to Respond to Defendants' Motion to [sic] Summary Judgment [50]. The Court, being advised that Defendants do not oppose the motion, and otherwise being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

    **IT IS THEREFORE ORDERED** that the time for Plaintiffs to file their Response to Defendants' Motion to [sic] Summary Judgment is enlarged through **May 11, 2012**.

    **IT IS SO ORDERED.**

                                                                 _____
                                                                 **STEPHAN M. VIDMAR**
                                                                  **United States Magistrate Judge**