IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EVA DENISE MONTOYA and
BRENDA MOFFETT,

    Plaintiffs,

v.                                                 No. 11-cv-0814 RB/SMV

VILLAGE OF CUBA, MARCUS ROMERO, in
his individual capacity, JASON GRIEGO, in his
individual capacity, and TOMMY SALAZAR,
in his individual capacity,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     Wednesday, October 24, 2012, at 3:00 p.m.

**IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for Wednesday, October 24, 2012, at 3:00 p.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.  Counsel shall have their calendars available for the hearing for purposes of scheduling a settlement conference.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**