**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**EVA DENISE MONTOYA,**

    Plaintiff,

v.                                                                     No. 11-cv-0814 RB/SMV

**MARCUS ROMERO, in his individual capacity,**

    Defendant.

## ORDER EXTENDING DISCOVERY

THIS MATTER is before the Court after the initial settlement conference held on December 28, 2012.  Discovery will be extended to **February 1, 2013**, for the limited purpose of deposing the following individuals:  Judge Kenneth Eichwald, Yolanda Aranda, Calvin Wateuma, and Plaintiff's two rebuttal witnesses, who have not yet been identified.  All other pretrial deadlines remain in effect.  Discovery will not be extended again absent a showing of good cause.  A follow-up settlement conference will be held in mid to late February, 2013.

    **IT IS SO ORDERED.**

                                                             **STEPHAN M. VIDMAR**
                                                             **United States Magistrate Judge**