IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EVA DENISE MONTOYA and
BRENDA MOFFETT,

    Plaintiffs,

v.                                             No. 11-cv-0814 RB/SMV

VILLAGE OF CUBA, MARCUS ROMERO, in
his individual capacity, JASON GRIEGO, in his
individual capacity, and TOMMY SALAZAR,
in his individual capacity,

    Defendants.

**ORDER SETTING FOLLOW-UP SETTLEMENT CONFERENCE**

THIS MATTER is before the Court on the initial settlement conference held on December 28, 2012. Clerk's Minutes for Settlement Conference [Doc. 88]. The parties have informed the Court that they agree to a date for a follow-up settlement conference. The follow-up conference will be held on **February 22, 2013, at 11:00 a.m.** in the Pecos Courtroom, third floor, Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.

The parties or a designated representative, other than counsel of record, with full authority to resolve the case, must attend in person. Counsel who will try the case must also attend in person. Those attending the settlement conference must treat as confidential the information discussed, positions taken, and offers made by other participants in preparation for

and during the conference.[1]  *See generally Hand v. Walnut Valley Sailing Club*, No. 11-3228, 2012 WL 1111137 (10th Cir. Apr. 2, 2012) (unpublished) (affirming dismissal of case as sanction for violating confidentiality of settlement conference).

No later than **5:00 p.m. on February 20, 2013**, each party must provide the Court, in confidence, a brief letter supplementing its position statement from the initial settlement conference and advising the Court of the status of settlement negotiations, if any.  Supplemental position statements must be submitted to the Court by e-mail at VidmarChambers@nmcourt.fed.us.[2]

The follow-up settlement conference will not be vacated or rescheduled except upon motion and for good cause shown.  Any motion to vacate or reschedule the follow-up settlement conference shall provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the follow-up settlement conference.

**IT IS THEREFORE ORDERED** as follows:

| | |
|---|---|
| **Parties' supplemental confidential position statements due to the Court:** | Feb. 20, 2013, by 5:00 p.m. |
| **Follow-up settlement conference:** | Feb. 22, 2013, at 11:00 a.m. |

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] This does not prohibit disclosures stipulated to by the parties, necessary in proceedings to determine the existence of a binding settlement agreement, or as otherwise required by law.

[2] Each email message and its attachments cannot exceed 5 MB.  Data exceeding 5 MB should be submitted in individual email messages, each less than 5 MB.