# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**EVA DENISE MONTOYA,**

     **Plaintiff,**

v.                                         **No. 11-cv-0814 RB/SMV**

**MARCUS ROMERO, in his individual capacity,**

     **Defendant.**

## ORDER SETTING HEARING

**Date and time**:     February 26, 2013, at 11:00 a.m.

**Matter to be heard**: Plaintiff's Motion to Compel Deposition Testimony and Answers to Interrogatories, and for Additional Time to Conduct Inspection of Hard Drive [Doc. 105]

     **IT IS ORDERED, ADJUDGED, AND DECREED** that a hearing on Plaintiff's Motion to Compel . . . [Doc. 105] is hereby set for February 26, 2013, at 11:00 a.m. in the Pecos Courtroom, on the third floor of Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.

     **IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**