IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EVA DENISE MONTOYA,

    Plaintiff,

v.                                            No. 11-cv-0814 RB/SMV

MARCUS ROMERO, in his individual capacity,

    Defendant.

## ORDER RESETTING HEARING

**Date and time**:    March 11, 2013, at 10:00 a.m.

**Matter to be heard**:    Plaintiff's Motion to Compel Deposition Testimony and Answers to Interrogatories, and for Additional Time to Conduct Inspection of Hard Drive [Doc. 105]

THIS MATTER is before the Court on the parties' joint telephonic request to reset the date of the hearing on Plaintiff's Motion to Compel . . . [Doc. 105], currently scheduled for February 26, 2013. All parties consent to resetting the date of the hearing.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the hearing on Plaintiff's Motion to Compel . . . [Doc. 105] is hereby **RESET** for **March 11, 2013, at 10:00 a.m.** in the Pecos Courtroom, on the third floor of Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico. Accordingly, the Court's original Order Setting Hearing [Doc. 108] is hereby **VACATED**.

    IT IS SO ORDERED.

                                                                                _____

                                                                                STEPHAN M. VIDMAR
                                                                                **United States Magistrate Judge**